## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

James Thomas Rivera
Scofield & Rivera, LLC
P. O. Box 4422
Lafayette LA 70502

**REHEARING ACTION: March 23, 2016**

**Docket Number: 15   00307-CA**

**CALVIN JOSEPH GUIDRY, JR., ET UX.**
**VERSUS**
**LAFAYETTE HEALTH VENTURES, INC., ET AL.**

**Appealed from Vermilion Parish Case No. 97171-C**

**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. James T. Genovese
    Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Karl Credeur, et al** has this day been

    **GRANTED**, for assignment to a five judge panel.

cc: Thomas M. Daigle, Counsel for the Appellee
    John Robert Shea, Counsel for the Appellee